**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st amended plan**

DEBTOR: Francisco Acevedo JOINT DEBTOR: Aracely Acevedo CASE NO.: 14-14034-RBR
Last Four Digits of SS# 3362 Last Four Digits of SS# 5625

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 349.86 for months 1 to 36 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650 TOTAL PAID $ 2,200 Balance Due $ 1450 payable $ 318.06 /month (Months 1 to 4) payable $ 177.76 /month (Months 5 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None
Address: ______ Payment $______/month (Months to )
Case No: ______

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ______ To ______ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None Total Due $______
Payable $______/month (Months ___ to ___) Regular Payment $______

Unsecured Creditors: Pay $ 140.30 /month (Months 5 to 5) and Pay $ 318.06 /month (Months 6 to 36) .

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor surrenders and abandon the real property at 36 Miami Gardens Road, West Park, FL 33023 secured by American Servicing Co., Real Time Resolutions and US Bank National Association.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq
Attorney for the Debtor
Date: 6/30/2014

/s/ Robert Sanchez, Esq.
Joint Debtor
Date: 6/30/2014